RECEIVED
SEP 1 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

JAMES PATRICK MACMANUS  *CIVIL NO. 6:15-1723

VERSUS                              *JUDGE DOHERTY

LAFAYETTE CONSOLIDATED  *MAGISTRATE JUDGE WHITEHURST
GOVERNMENT, ET AL

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Pursuant to Rules 12(b)(5) and 12(b)(6) filed by defendant, Langley Productions, Inc. [rec. doc. 11], is **GRANTED**, and that plaintiff's claims against Langley Productions, Inc. be **DISMISSED**, reserving plaintiff's claims against the remaining defendants. Lafayette, Louisiana, this 13th day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE